Plaintiff's Name __JORDAN  HUFF_____

Inmate No. __63504-097_____

Address USP,VICTORVILLE,PO.BOX

__ADELANTO,CA.| 92301__



FILED

SEP 0 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MR,  JORDAN  HUFF        SEP 09 2019      1: 1 9 CV   0 1 2 4 8 · BAM PC
_____                  _____
(Name of Plaintiff)                     (Case Number)

vs.                                     COMPLAINT

DR,THOMAS  MOORE

ANDRE  MATEVOUSIAN                      Bivens Action [403 U.S. 388 (1971)]
_STEVE  LAKES_____
_ATWATER  STAFF_____
(Names of all Defendants)

I. **Previous Lawsuits (list all other previous or pending lawsuits on back of this form)**:

    A.    Have you brought any other lawsuits while a prisoner? Yes ___ No _✕_

    B.    If your answer to A is yes, how many? _____
        Describe previous or pending lawsuits in the space below.
        (If more than one, use back of paper to continue outlining all lawsuits.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

        2. Court (if Federal Court, give name of District; if State Court, give name of County)

        3. Docket Number _____      4. Assigned Judge _____

        5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        6. Filing date (approx.) _____      7. Disposition date (approx.) _____

**II.**     **Exhaustion of Administrative Remedies**

A.     Is there an inmate appeal or administrative remedy process available at your institution?

Yes _✶_  No___

B.     Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes _✶_ No___

If your answer is no, explain why not_____

_____

_____

C.     Is the process completed?

Yes _✶_          If your answer is yes, briefly explain what happened at each level.
THEY KEPT TELLING ME,I"M ON THE WAITING LIST ANDTHEY
CANT GIVE ME THE EXACT DATE ON WHEN THEY WILL SEE ME.
I WAS TOLD TO KEEP LOOKING ON THE CALL OUT LIST.I'VE BEEN WAITING
FOR OVER A YEAR AND AHALF.MY DOCUMENTS THAT IS ATTACH WILL SHOW I
HAVE TRY TO SEEK RELIEF IN MY ATTEMPTS FOR SICK CALLS,AND BP-9s A
ND,10♦. No___          If your answer is no, explain why not.

_____

_____

_____

**NOTICE:**     Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

2

III. **Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A.   Defendant DR., THOMAS MOORE          is employed as CLINIAL DIRECTOR
                              at   UNITED-STATES-PENTENTIARY-ATWATER

B.   Additional defendants ANDRE MATEVOUISAN (OLD WARDAN) ATWATER USP,
     STEVE LAKES (NEW WARDEN) ATWATER USP. AND USP ATWATER PRISON
     OFFICALS (STAFF).

IV.   **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

(PLEASE SEE ATTACHMENTS)

V.  **Relief.**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

(PLEASE SEE ATTACHMENTS)

I declare under penalty of perjury that the foregoing is true and correct.

Date 9·4·2019          Signature of Plaintiff

(Revised 2/15/2006)

3



U.S. Department of Justice

**Federal Bureau of Prisons**

**United States Penitentiary**

*Victorville, California  92394*

**August 08, 2019**

**MEMORANDUM TO WHOM IT MAY CONCERN**

**FROM:**    E. Perez, Unit Manager

**SUBJECT:**  Administrative Filing

Please be advised that inmate Huff, Jordan was not able to assemble his administrative filing, due to the fact that he was currently in restrictive quarters since May 1st, 2019 thru August 1st, 2019 and did not have access to his legal material. Inmate Huff would like to continue the Administrative filing process as he has now been provided his additional documentation to continue.

If you have any questions or concerns, please do not hesitate to contact me at (760)530-5000.

## MEDICAL MALPRACTICE

HERE as Shown above, The defendents were negligente, Omisson, deliberately Indifferent to the plantiff medical Condition and general Overall health; which Caused the plantiff to Suffer, And Endure excruciating pain and Suffering. Caused by his Skin infection on the back of his head. The Defendents Knew or Should have known that. The plantiff was In severe pain and Took Resonable Steps to give plantiff Some type OF medication On Shedule plantiff to See An Actual Dematelogist; who gots experties with skin. But Failed to perform their duty to provide proper medical Care to plantiff. And Were Therefore, Omisson, deliberate Indifferents. While acting under the Color OF state And Federal Law; While In there Official and personal Capacity.

(Relief)

Compensatory Damages From each defendent In The Total Sum OF $ 10,000,000 U.S. Currency dollars; For the physical Injuries and damages and pain suffered by plantiff While In There Custody, Control and Authority.

Punitive damages From each defendent In the Total Sum of 9,000,000 million U.S. Currency dollars; For Breach of Constitutional And duty to provide plantiff with proper medical Care by providing plantiff with medication or Taking plantiff to See An Professional doctor; who specialize In Dermatology. While Acting Under the Color OF state and Federal Law To prevent Future breach of duty.



Possiblely Irreparable injuries and damage; If not properly Treated. In the Total Sum of $20,000,000 million U.S. Currency dollars From each defendant For possible permant damages to the Back of my Scalp. Which has Caused mental anguish, Emotional, and psychological as Well. Resulting In Cruel and Unusual punishment In plantiff Rights Under the Eighth Amendment right to Equal medical care by due process.

The Total Relief Amount Sum of $144,000,000 million U.S. Currency dollars, distribute all monetary gain to the plantiff and the plantiff Only.

I am Willing to make a proposed Settlement With the defendants In the total Sum of $60,000,000 million U.S. Currency dollars. Out of court to prevent public humeliation and exposure and to minimize expenses For Lawyer and Court Costs. If the settlement is agreed to by all parties I Request the Court to Settle and distribute all monetary gains to the plantiff and the plantiff alone.

I, Jordan Huff; Certify and Verify Under the penalty of perjury that the above statements are True and Factual to The best of my Knowledge and belief. Sworn and Admitted This September 4, 2019 pursuant to 28 Usc § 1746

Affiant,

Huff, Jordan
#63804097

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 11, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO : JORDAN HUFF, 63504-097
     ATWATER USP    UNT: 4B    QTR: D48-229U
     P.O. BOX 019001
     ATWATER,  CA 95301

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 923124-R1     REGIONAL APPEAL
DATE RECEIVED    : DECEMBER 3, 2018
SUBJECT 1        : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

REJECT REASON 2: PROVIDE STAFF VERIFICATION STATING REASON UNTIMELY FILING
                 WAS NOT YOUR FAULT.

REJECT REASON 3: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.



**U. S. Department of Justice**
Federal Bureau of Prisons
United States Penitentiary

Atwater, California  95301

January 15, 2019

MEMORANDUM FOR:   TO WHOM IT MAY CONCERN

FROM:                          D. Coggin, Unit Counselor

SUBJECT:                    Institution Lockdown

To Whom It May Concern, this memorandum is to inform you that USP Atwater was in lockdown status from January 7, 2018 until January 15, 2018.  As such, due the heightened security measures taking place during the lockdown, the inmate population did not have access to the legal library, which may have cause delays in preparation and/or submission of legal documents in a timely manner.  Furthermore the rejection notice was remedy #923124-R1 but notice was attached with remedy #954992-F1.

Affidavit of Truth

"Indeed no more than (affidavits) is necessary to make a primie facie case" United States v. Kis 658 F.2d (7th Cir.) Cert. Denied. 50 U.S. L. W. 2169, S. Ct. March 22, 1982

(1). That I, Jordan Huff 63504097 do in fact have a clear medical condition, which the photograph depicts on the back on my head.

(2). That I have in fact presented my medical issue to all parties contained in these administrative remedies, informal and formal.

(3). That I have in fact suffered from said condition for almost 2 years without receiving any medical treatment. As documented in medical records.

(4). That log, which is a chronology of all attempts within the facility is an accurate assessment of my effort to resolve the matter pursuant to my right against cruel and unusual punishment.

I, Jordan Huff 63504097 hereby swear under penalty and perjury of law that the information contained herein is true and correct to the best of my knowledge.


Jordan Huff

Date: Jan 13, 2019              63504097

To Whom It May Concern:

Fr: Roderick Gunn, Reg. No. 55254-054

Re: Jordan Huff's Medical Condition

My name is Roderick Gunn, and I hereby submits this correspondence on behalf of Jordan Huff, and my knowledge of his scalp condition.

1. Jordan Huff had became my cell mate at USP Atwater in October 2017.

2. When he entered the cell, it was obvious that he had a medical condition on the back of his head.

3. The rear end of his scalp had bumps and sores that frequently bleeds, and produces puss.

4. When he was first assigned to the cell (Cell 217 on Unit 4B), we were on an institutional lock down that ran for a duration of 10-12 weeks.

5. During this lock down, I have witnessed Huff requested medical assistance from the medial staff that visited the Unit on a daily basis.

6. Each medical staff would give the same response, that is, "fill out a sick call," and handed Huff a sick call form.

7. Each time Huff is issued a sick call form, he would fill it out and place it in door slot for pick up the following morning.

8. Not once since he had being submitting the sick call forms, did the medical department called him for a check up.

9. Huff had made numerous complaints to staff about his condition that grew worst everyday. This included Treatment Specialists on the Challenge Program, Unit Counselor, Medical Staff, Assistant Warden, and Warden. Yet, staff did little, or rather, nothing to assists with his condition.

10. As time goes by, his condition grew worst, become irritable, and frustrating.

11. I have witnessed Huff making effort to keep his scalp clean by washing it three times daily, and kept it covered with a du rag. Each time he washed his scalp, he also washed his du rag and other head coverings which may have collected blood and puss the night prior.

12. One day during a lock down, I witnessed a medical staff communicating with Huff through the cell window regarding his complaints. This behind-the door assessment was done after Huff initiated his administrative process, and discovered that medical staff had lied on the BP-8 that he has already been se en and that medical staff will continue to provide additional treatment.

13. The medical staff visited Huff and conducted the 60-second assessment only to cover up the prior misleading information on the BP-8. He told Huff his condition is a mere shaving condition, and that he should wash it daily.

14. Huff told him that he washed it multiple times everyday, and it is still getting worse. As Huff tried to explain the degree of his condition, the pain he's experiencing, and all over the counter medication he has already tried, his explanation was frequently interrupted by the medical staff member as if he didn't care to hear any explanation from the person who was experiencing the medical problem.

15. Huff was merely told to continue washing his scalp, and this visit was concluded as Huff's medical assessment and treatment received. The medical staff member also instructed Huff to purchase over the counter cream on the commissary, even though Huff told him he had tried those items and they didn't help his condition.

16. His scalp condition began to spread to the side of his head, and as witnessed daily, caused severe irritation, bleeds regularly, and produce puss.

17. Due to his condition, he refused to go to the cafeteria most days, because inmates are not allowed to wear head covering in the cafeteria.

18.   This condition basically prevented Huff from eating the meals provided. To enter the cafeteria, Huff had to wash and dry his scalp to ensure it is not bleeding, or producing any visible inflammation.

19.  During the Challenge Program morning meetings, Huff had to be given authorization to sit in the rear because head gears are not allowed during the morning meetings, and at times, his scalp produces blood mixed with puss.

20.   I am aware of Huff's sick call requests that are submitted via the inmate electronic Bulletin Board. He had asked me once to review his sick call request to see if he had explained his condition effectively.

21. I have seen Huff's effort interacting with staff to get relief, and the frustration staff's negligence has caused him.

22.   If I should identify one thing that Huff puts more interest in since I met him in October 2017, I would say it is his medical condition with his scalp.

23.   He has a 742 years sentence, yet spoke more about his scalp condition that grew worst by the minute than his freedom.

24.   The information outlined in this correspondence is presented in truth and to the best of my knowledge.

Dated this ___ day of February, 2019.

Roderick Gunn

To Whom This May Concern;

My name is Delfin Robles Alvarez and I'M writing this letter
on the behalf of Mr.Jordan Huff. I've known him for over a
year now, And he always had his head covered and Scrathing it.
I inquired of him what's going on with his head, taking into
consideration that my question may offend him. He showed me
his scalp condition, that revealed an unimaginary view of
someone's scalp; Bumps, filled with pus and dry redded scalp
with blood. I'm not a medical expert, but from a common sense
perspective, it is cleaer that he needs serious medical
attention, and as soon as possible. During our conversation,
Huff explained how the bumps first came on his scalp after a
hair cut at the Barber Shop. Moments after his hair cut, his
scalp began to itch real bad. He took a shower shortly after,
hoping this would soothe the itch, but to no avail. Rather,
the itch had gotten worse, and within a relative short period
that same day, his scalp broke out. It bled continously, itch,
and burns.

I have witnessed Huff filling out cop outs and submitting them
to the medical department. This was done while being housed in
the challenge program. Sadly, not once had the medical
department responded to his plea for medical assistance.
Knowing Huff since he entered the challenge program, he
constantly explained the different options tried, such as,
speaking to the warden, captain, and other administrative
staff. Not once had anyone responded in a manner that afforded
medical assistance.

Most days, he chose to stay in his cell because of the severity of the itching and bleeding. Likewise, he chose not to go to the cafeteria because the condition of his scalp is not appropriate to be in an area where food is being served and eaten. I pray this letter reaches the individuals, that can get him the right medical relief he deserve in our human rights.

Respectfully submitted,

Delfin Robles Alvarez

---

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.)  (Number, Street, City, State and Zip Code) |
|---|---|
| Regional Director <br> Western Regional Office <br> 7338 Shoreline Drive <br> Stockton, CA 95219 | Huff, Jordan #63804-097 <br> United States Penitentiary Atwater <br> P.O. Box 019001 <br> Atwater, CA 95301 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH<br>05-18-84 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>October 4, 2017 | 7. TIME (A.M. OR P.M.)<br>2:30 - 3:00 pm |
|---|---|---|---|---|

**8.** Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof.  Use additional pages if necessary.)

— SEE Attachments —

**9.** PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

**10.** PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM.  IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

**11.** WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| — SEE Attachments — | — see Attachments — <br> United States penitentiary Atwater <br> P.O. Box 019001 <br> Atwater, CA 95301 |

| 12. (See instructions on reverse.) | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| | $1,000,000 | | $1,000,000 U.S. currency dollars |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>Huff, Jordan | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No   | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BACK

RECEIPT - ADMINISTRATIVE REMEDY

DATE: APRIL 29, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ATWATER USP

TO  : JORDAN HUFF, 63504-097
      ATWATER USP    UNT: 4B    QTR: D48-229U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID      : 954992-F1
DATE RECEIVED  : SEPTEMBER 27, 2018
RESPONSE DUE   : OCTOBER 17, 2018
SUBJECT 1      : CONSULTANT REFERRALS, RECOMMENDATIONS
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO

#1

2017

Medical Communication
Since my Head
Condition    Dates and years

Oct 4th  Sent Electronic Cop Out to medical
Oct 7th  Lockdown - Talk to "Bn set" Nurse medical Ass-
"istance; about my Condition On the Back of my Head.
Nurs statement, Was Tuesday Fell out an step, monday
Was an Holiday,
Oct 11th  "Datum, The short white lady, - pick up the Sick Call Slip
Oct 26th  put in Another Sick Call Slip And I show'd ms putum
my Head. She stated, Oh, yeah: Thats a Condition."
Oct 30th  Counselor, Boudreau, Gave me an Bp.8 As I Ask For. He
didnt Came Back Around Til Nov 10th
Nov 10th  Gave Counselor Boudreau, my Bp.8 Form.    TURN IN 8.
RESPONSE:
with 9's.
2Nov 15th  Counselor Boudreau, gave me the Response to the Bp.8. I
Ask For the Bp.9 Form, Which he had it Already,
3Nov 11th  Turn In Another Sick Slip; Hope For A protest Response.
Nov 28th  Turn Inn the Bp.9 Form to Counselor Boudreau.
Dec 4th  Assistance Speaks, Came by and did a deranwrt, thru
The door, While We Was On Lockdown. And stated, "Oh,
Those are Only Hair Bumps"!! I Didnt Get the 8. Respnee & 9 to
Submit a 10.
2018
Jan 12th  Got Call to the (Nurse Office) (medical). But it
Was For my Blood Test, not For my Head,!
Jan 30th  Spoke to Warden Motevousian, Hudee! And the (AW)
Blonde hair Lady. And She Told me, That she made
A Copy of my Bp.8 Response; And gave it to Counselor
Boudreau yesterday. To, give to me. She Said go speak to
Tyson And let him Know to, go Talk to Boudread about
Bp.9 Response.
Jan 31th  Seen Boudreau, Rushing Out of the Building; I
Spoke With him about it, He stated, She Only Sent
me the back page, not the rest of the Bp.9 Response.
He said; I Sent her An Email to let her Know.
Feb 1th  Seen Counselor Boudreau, In Building 48. Ask
Him For the Response; He had it And gave it to
me. I Read it And Said; Where is the Rest of
It; Nas Statement Was; They didnt give it to
Me. We Went up to Chow together And spoke
to the Blond hair (AW) Lady, And We did the
Speaking, About the B.9; Then the (AW) Lady, Said
Would I let this GW. If I See medical about

#2 Continue of 7

e/u/e Conditeon. I Said, yeah; Im not Trying to go Through all This, I Just Want to be Seen and Treated. She Stated, Okay Come next Week. Bourdeau Kept The paper he gave me.

Feb 8th Went and Filled Out Another Medical Sick Call Slip, And Showed it to the ASIAN Medical Staff Name, Babel. Something like that. I Show him my Mond. Okay, Wast For Call out. He said.

5.25.18 I Was Seen by medical Staff Babel; And He Wrote all, What he saw and what I Shared with him. I ask him, When Will I be Seen; He stated He doesn't Know; But, I Wrote everything down.

7.15.18 Spoke to The new Warden In (4B) about my Head Scituation Or issue; He stated, If they don't See you by next month, Around this time Let me Know.

8.14.18 Spoke to the (new) Warden (Steve Lakes), About What We spoke about Last month On my Head ISSUE. We Was In the Chow hall, And He Just Sent ME to (AW) HESS; And Hess Said, Send me A Cop Out. I ask him, what days is he Here; He Said mostly Everyday.

9.16.18 Around 3:00pm Bourdeau, drop off my old Bp-8 TO Re.Wrote my new Bp. 8. Base On my Head Condition

9.18.18 Gave Bourdeau, my New Bp.8. Because the ~~their problem with a first Complaint is its self haven't~~ been Seen by medical yet.

9.25.18 Bourdeau Come In The Building (4B) And gave me The Bp.9 to Fill out. I Filled it Out And gave it to The (new) Unit TEAM manager to give To Bourdeau.

7.16.18 Wrote An Eletronic Cop out To Warden. Printed Out Copy.

7.17.18 Got A Response On Eletronic cop out; Stating; you are schedule For a Follow up Appointment. ?!! I Was NEVER Seen the First One.

#3   Continer of dates
And Times of Communication
With ATWATER staff Condition.
About Scalp Condition.

11·13·18  12pm  Sent Out Bp·10 To Region by legal mail.
With C.O. Martinez, He Mention. It
Would go Out On the 14th. The Next day.
We is Still On Lockdown. And I didn't
get my Bp·9 Response Back yet. It's pass
the due date.

11·29·18
I've Finally, Received my Bp·9 Back From
The Warden. From Counselor Coggins. He gave
It to Me Between 7:50 am And 8:00 am. And
It had the Administrative Remedy's In it.
(8-9) With Responses.

12·24·18
Wrote An Letter to Regional, to make
Sure They Received my Bp·10. I've Sent
Them NOV. 13th. When We Were On Lockdown

1·17·19
Counselor Coggins, Dropp OFF my Bp·10
Response Around 1:30pm to my Cell. We Were
On Lockdown. Bp·10, Was Refused And the
Reasons Were stated. Even Though, They Use my
Old #Number of Administrative Remedy Case
And not my New One.

1·28·19
I Sent It Back, With the Corrections to
It As Needed. It Was Stamp the 23rd. Because
We got OFF And then, Back On Tell 24th Around
2:00Pm. So, They Back dated It For Everyone.

TOP REGION

To Whom this may Concern

Mr. Huff, been dealing with this Infectious ailment On the back of his head. For the pass year and half Now. Havent been Seen by the Clinical Director Once For it. Mr. Huff, hardly goes to chow. Because of it. It looks disgusting with bleeding, itching, pus. Just Very Embarrassing! Mr. Huff, did the administration Remedy twice. Because, the First One, was lost On their behalf. As of the Response to the (Bp-9). Mr. Huff, didn't receive it til Months later. Like February. But, its the time. They put On the (Bp-9) Response DEC 7th 2017. To Cover themselve. Anyways, I did the whole process Over In Full. Because, it was an New Warden that Arrived. Mr. Stue Lakes. Still, same Result as the last Warden. Cycles In Circles. Speak to the whole Chain of Command again. But, With New Staffs. This is my Second Administrative Remedy. But, my First to go to Region stage. I need Some Treatment and be Tested. To See, what this may be, On the Back of my Scalp. Its Really messing with me mentally. I've Spoken to psychologist, to See If, its possible For them to Speak to the Clinical Director on my behalf. For my head Condition. Mr. Huff, was told, Its Nothing psychology can do. Mr. Huff, Caught his Infection (Oct 2017) After An haircut In the Barber Shop at Atwater U.S. Penitentiary. Mr. Huff, head itches bad and he has done Numberous Cop-outs; which he has an Anger Trail of Evidence.                    Respectfully, Mr. Huff, Jordan

Apr. 25th

I mailed off an letter to Central Office
Requesting Some type of Advice/Help on: my Bp.
10. That I mailed Back to Region with Corrections
They Required. That Was Jan 28th, I mailed the
Bp. 10 Back to them. And I Wrote Central
With Concerns On the Response Time From
the Re-sent Bp. 10 And Would it affect my
Time Restraint or Untimely. Its Still to Wait
On your Response to that letter mailed off
In MAR 27th 2019. This letter Right here Is
to Inform you; That Ive Still to Come From
Region: (my Original) papers of my Administrative
process. Those Was the main papers; I have a
Copy. Its missing a paper. So, I had an Sloppy
Copy One. I'll mail to you. It has a Little more
then the Original does. Im Just Sending you
What I have. Because, I haven't heard anything
Back And its Apr 25th 2019. So, I Just Want to
Make Sure my part Is Taking Care Of.

Respectfully,

MR. HUFF, Jordan

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _HUFF, Jordan D_    _63504-091_    _4B_ _229_    _ATWATER U.S.P_
         LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

— See Attach Documents —

2017 to 2018

_11-13-18_    _Huff, Jordan_
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____    _____
DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

# United States Penitentiary
## Atwater, California

---

### ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
### INFORMAL RESOLUTION FORM

NOTE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229 (13)], you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted. The ORIGINAL BP-8 must be attached should you choose to file a BP-9.

Issued By: _____ (Initials of Correctional Counselor)
Date Issued to the Inmate: _9/18/18_

### INMATE'S COMMENTS:

1. Complaint: I've been experiencing a severe outbreak on my scalp that is accompanied by pain, itching and sores that produce blood and pus. I fear this condition will become worse if it is not treated immediately. It is very irritating and I'm been deprived medical and proper treatment.

2. Efforts you have made to informally resolve: I spoke to medical appointment staff on numerous occasions, and showed them my scalp when they're doing the morning time sick call. I have submitted an electronic sick call request prior to the lock down, and I have submitted a written sick call request during lock down on two separate occasions.

3. Names of staff you contacted: Male medical assistant (spears) and female medical assistant (name unknown) Mr. Boudreau (unit 4B counselor)

Date Returned to Correctional Counselor: _9/18/18_

Inmate's Signature _____   Reg. Number: 63504-097   Date: 9/18/18

### CORRECTIONAL COUNSELOR'S COMMENTS:

Efforts made to informally resolve and staff contacted: SEE ATTACHED

Date BP-9 Issued: _____

Boudreau _____ 9/19/18
Correctional Counselor

_____ 9/24/18
Unit Manager (Date)

**ADMINISTRATIVE REMEDY INFORMAL RESOLUTION**
Inmate:  Huff, Jordan
REG. No. 63504-097

This is in response to your Administrative Remedy Informal Resolution initially received in this office on September 19, 2018.  You claim that you have been experiencing a severe outbreak on your scalp accompanied by pain, itching, and sores that produce blood and pus. You fear that if not treated immediately, it will become worse.

A review of your medical file reveals that you initiated a sick call request and were seen by a medical provider on May 25, 2018. You complained of bumps on your head, itching, and draining that started in October.  The medical provider initiated a request for you to see the Clinical Director and you are currently scheduled for an appointment.  When your appointment is scheduled, your name will be placed on the medical call out.  Please watch the call-out so you do not miss your appointment

If you feel you require additional medical or dental care, sick call is Monday, Tuesday, Thursday or Friday during breakfast move.

Based on the foregoing, your Administrative Remedy Informal Resolution is for informational purpose only.


K. Silva, Assistant Health Services Administrator



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: HuFF, Jordan D        63504-097    4B        Atwater
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**   I have an severe out break on the back of my Head, It accompanied With pain, itching bad, sores That produce Bumps and Blood and pus. the conditions had become worse as of its Spreading; Because of no Treatment. Its Very Irritating and I Been deprived of medical and proper Treatment. This situation or Condition On the back of my head Itches From the Inside of my Scalp In the back of my head. Yes. This condition started In October 2017. And I still haven't been seen by the Clinical director or IF I need to been seen by a different specialist. I would Like to Know, what This and be Treated. I Fill out, numberous medical slips and been Spun around For a Long duration now. please, help me get Treatment. Waking up And have to Clean blood oFF your pillow or sleeping with Tissu on the back of your head is sad or Scartching all the Time and the pain and Bleeding is too much.

    9-25-2018                    Thank you For                    Huff, Jordan
    DATE                         Your Assistance.                 SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                    _____
DATE                                       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

                                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: HuFF, Jordan D        63574-097   4B        Atwater
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT      INSTITUTION

**Part A– INMATE REQUEST**   I have an severe out break on the back of my Head, It accompanied with pain, itching bad, sores that produce Bumps and blood and pus. The conditions had become worse as of its Spreading. Because of no Treatment. Its Very Irritating and I Been deprived of medical and proper Treatment. This situation or Condition On the back of my head Itches From the Inside of my Scalp In the back of my head. YES. This condition started in October 2017. And I still haven't been seen by the Clinical director or IF I need to been Seen by a different specialist. I would Like to Know, whats This and be Treated. I Fill out, numerous medical slips and been Spun around For a Long duration now. please, help me get Treatment waking up and have to clean blood off your pillow or Sleeping With tissue on the back of your head Is sad or Scratching all the Time and the pain and bleeding Is too much. Thank you For your Assistance.

9-25-2018
DATE                                       SIGNATURE OF REQUESTER

**Part B– RESPONSE**

---

DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**        CASE NUMBER: 954493-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.      UNIT       INSTITUTION

SUBJECT: _____

DATE                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Huff, Jordan D        63504-097    4B        Atwater

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** I have an severe outbreak on the back of my head, it accompanied with pain, itching bad, sores that produce bumps and blood and pus. the conditions had become worse as of it. spreading, Because of no Treatment. its very irritating and I been deprived of medical and proper Treatment. This Situation or condition on the back of my head itches from the Inside of my Scalp on the back of my head. yes. This condition started IN October 2017. And I still haven't been seen by the clinical director or it I need to been seen by a different specialist. I would Like to know, whats this and be Treated. I took, numberous medical strips and been spun around for a long, duration now. please, help me get Treatment waking up And have to clean blood off your pillow or sleeping with Tissue on the back of your head is sad or Scratching all the Time and the pain and bleeding is too much.

9-25-2018        thank you for        *[signature]* Jordan
DATE            your assistance.        SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____

DATE                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**        CASE NUMBER: 951193-F1

                                CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____
DATE                RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| | | | |
|---|---|---|---|
| Huff, Jordan D | 63504.097 4/3 | | Afwater |
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** _I have an severe outbreak on the back of my Head, it's accompanied with pain, itching, and sores that produce Bumps and blood and pus. The conditions had become worse as it it's spreading, Because of no Treatment. it's very irritating and I feel deprived of medical and proper Treatment. This situation or condition on the back of my head, sores from the inside of my scalp on the back of my head. yes. This condition started In October 2017. And I still haven't been seen by the clinical director or if I need to been seen by a different specialist. I would like to know, whats this going to Treated. I felt it, numerous medical steps and been spun around for a long duration newphases helps me get treat working, if and have to clean blood off you pillow or sleeping with tissue on the back of your head is sad on scratching all the time and the pain and bleeding is too much._

Thank you for your Assistance

9-25-2018 DATE    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE    CASE NUMBER: 951793-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

**Administrative Remedy Number:** 954992-F1

---

### Part B - Response

This is in response to your Request for Administrative Remedy, received in this office on September 27, 2018, wherein you contend you have been deprived of medical attention in regards to a severe outbreak on the back of your head.  Specifically, you state you have pain, itching, and sores on the back of your head which result in bumps, blood, and pus, and the condition has worsened.  As relief, you request medical treatment for your scalp condition.

A review of your medical file shows you were seen by a medical provider on May 25, 2018, per your request through sick call. During this examination, you stated you have bumps on your head which started in October and you have itching and draining from time to time which is getting worse.  The medical provider documented multiple papules and macules at the posterior part of your scalp/head with slight drainage (pimple-like).  The medical provider referred you to the Clinical Director for further evaluation.  You are currently scheduled to see the Clinical Director and will be placed on the call out for your scheduled medical appointment.

If you feel you require additional medical care, you can submit a sick call to any medical provider making daily rounds in your housing unit during the lock down.  Otherwise, sick call is conducted Monday, Tuesday, Thursday, and Friday during the breakfast move.

Therefore, based on the above information, your Request for Administrative Remedy is for informational purposes only.  If you are dissatisfied with this response, you may appeal to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA 95219.  Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

S. Lake, Warden

Date 11/19/18

TRULINCS  63504097 - HUFF, JORDAN - Unit: ATW-D-B

--------------------------------------------------------------------------------

FROM: 63504097
TO: Warden
SUBJECT: ***Request to Staff*** HUFF, JORDAN, Reg# 63504097, ATW-D-B
DATE: 01/03/2018 10:50:02 AM

To: warden
Inmate Work Assignment: challenge

waiting on my response on the bp-9 issue, on my head condition. i sent it through bourdeau 4b old counselor.its been 3months with my head condition need attention asap!. thank you



BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 1-23-19 |
|---|---|
| Warden or AW | |
| FROM: Jordan Huff | REGISTER NO.: 63504-097 |
| WORK ASSIGNMENT: Challenge | UNIT: 4B     217 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I haven't Receive Back, my BP-9 Response
Back yet And it been Over 30 days. If you Can
Assist me On getting it, it Would be Very much
Appreciative.

(Do not write below this line)

DISPOSITION:

Inmate
Interviewed
Was still
Warden

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**SECTION 6**

TRULINCS  63504097 - HUFF, JORDAN - Unit: ATW-D-B

--------------------------------------------------------------------------------

FROM: 63504097
TO: Warden
SUBJECT: ***Request to Staff*** HUFF, JORDAN, Reg# 63504097, ATW-D-B
DATE: 01/24/2018 01:08:13 PM

To: Warden
Inmate Work Assignment: None

My name is Jordan huff, I'm requesting a copy of my BP-9 response. I still haven't been examined by anyone concerning my medical situation on the back of my head. I sent cop outs to both the Warden and the Assistant warden (Female AW). But to present date, I haven't received any response. My scalp condition still bleeds, produces pus, and itches, and irritates me constantly--to the point I have to keep hitting it with my hand to soothe the irritation. I washed it three times, sometimes four times per day and that doesn't help. The medical staff that spoke with me during the lock down didn't examine my scalp. All he did, was assume that it was regular scalp bumps. It's like making a diagnosis without testing my condition. He arrived at a conclusion, told me to wash my scalp, and even when this is done, it only gets worst. This is evident that the assessment he made by looking at my scalp through the cell window was incorrect. I'm merely seeking some medical attention before it gets worst and possible, start to break out elsewhere on my body. I don't know what type of illness broke out on my scalp, and neither does the doctor if he hasn't tested the pus, blood, or perform a proper examination on my scalp. So since October 4 (prior to the lock down), I submitted a sick call via Thru Links. I submitted one the Tuesday after the lock down by handing it to the nurse. All together, I submitted about five to six sick calls and to present date I've not been treated for this condition--which grew worst than how it was originally. Please assist me in getting some medical treatment.



TRULINCS  63504097 - HUFF, JORDAN - Unit: ATW-D-B

---------------------------------------------------------------------------------

FROM: Warden
TO: 63504097
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/17/2018 11:42:02 AM

You are scheduled for a follow up appointment with the Clinical Director.

>>> ~^!"HUFF, ~^!JORDAN" <63504097@inmatemessage.com> 7/16/2018 11:04 AM >>>
To: WARDEN
Inmate Work Assignment: YARD CREW

MY NAME IS JORDAN HUFF,I STILL HAVEN'T BEEN EXAMINE FOR MY MEDICAL SITUATION ON THE BACK OF MY HEAD.MY SCALP CONDITIONS STILL BLEEDING, PRODUCE PUS,AND IT ITCHES REAL BAD,ITS VERY IRRRITATING;CONSTANTLY TO THE POINT.THAT I HAVE TO CONTINUE TO PAT MY HEAD TO SOOTH THE IRRITATION.I WASH IT THREE TIMES DAY AND MORE SOMETIMES PER DAY.AND IT DOESN'T HELP AT ALL.IM MERELY SEEKING SOME MEDICAL ATTENTION BEFORE IT GETS EVEN WORSTER;ITS ALREADY BREAKING OUT IN OTHER SPOTS OF MY HEAD.I SEEN A MEDICAL STAFF ABOUT A MONTH AGO, ANDTHE ASIAN MEDICAL STAFF STATED,HE WILL FORWARD IT TO THE DOCTOR AND I HAVENT HEARD NOTHING SINCE.I DON'T KNOW WHAT TYPE OF ILLNESS THIS IS ON THE BACK OF MY HEAD,I WILL LIKE TO GET THIS TESTED.YOU CAN SEE I'VE BEEN SENDING IN COP OUTS SINCE OCT 2017,TRU LINKS AND PAPER TRAIL AS WELL.PLEASE ASSIST ME IN GETTING SOME MEDICAL TREATMENT. I'VE GOT EVERYTHING YOU CAN THINK OF ON ASSISTING ME WITH THIS MEDICAL CONDITION ON THE STORE LIST.YOU CAN CHECK MY RECEIPTS.AND NONE OF IT HELP ME AT RECEIPTS OF IT BEING ENTERNALLY.THANK YOU FOR YOUR TIME , I DONT KNOW WHO ELSE TO GO TOO.

Steve
Lakes
Warden

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) AW. MR. NESS | DATE: 8-15-18 |
| FROM: HuFF, Jordan | REGISTER NO.: 63504.09 |
| WORK ASSIGNMENT: | UNIT: 4B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

My. NAME Is Jordan HuFF. I havent been seen
For medical On my situation Concerning the Back oF my
ScalP. Im haveing Scalp Conditions as oF Bleeding
Produce oF pus. And it itches real bad. Very irritating.
I Fell Out numberous medical Forms and speaking to
to Warden MR. steve Lakes. Which refere me to you it
been a month and I still havent been seen or
heard nothing. On my issue. Can you please Assist me
On getting Some Relief? Think you

(Do not write below this line)

DISPOSITION:

You are scheduled to see the
clinical director for your medical
concerns. Please watch the call-out
for your Scheduled appointment

| Signature Staff Member | Date 8/15/18 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper







11·27·18




*Made motivation still Warden*

United States Penitentiary
Atwater, California

ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
INFORMAL RESOLUTION FORM

**NOTE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229 (13)], you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state **ONE** complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: _____ (Initials of Correctional Counselor)
Date Issued To the Inmate: ( 10 30 17 )

**INMATE'S COMMENTS:**

1. Complaint:
   I've been experiencing a severe outbreak on my scalp that is accompanied by pain, itching, and sores that produce blood and pus. I fear this condition will become worse if it is not treated immediately. It is very irritating and I'm been deprived medical assistance and proper treatment.

2. Efforts you have made to informally resolve:
   I spoke to Medical Department staff on numerous occasions, and showed them my scalp when they're doing the morning-time sick call. I have submitted an electronic sick call request prior to the lock down, and I have submitted a written sick call request during lock down on two seperate occasions.

3. Names of staff you contacted:
   Female medical assistant (Name unknown)
   Mr. Boudreau (Unit 4B Counselor)

Date Returned to Correction to Counselor: _____

_Alifu Jadam_ _____ 63504·097 11·3·17
Inmate's Signature        Reg. Number          Date

**CORRECTIONAL COUNSELOR'S COMMENTS:**

1. Efforts made to informally resolve and staff contacted:
   _____
   _____
   _____
   _____

Date BP-9 Issued: _____

_____
Correctional Counselor

_____
Unit Manager (Date)

Administrative Remedy Number: 923124-F1

---

### Part B - Response

This is in response to your Request for Administrative Remedy, received in this office on November 30, 2017, wherein you contend you have not received medical care for bleeding sores and bumps on your head. As relief, you request medical treatment for your scalp condition.

A review of your medical file shows you were seen by a medical provider on December 3, 2017. During this examination there was no redness or active drainage observed. No further medical intervention was warranted at that time. If you feel you require additional medical care, you can submit a sick call to any medical provider making daily rounds in housing unit during lock down. Otherwise, sick call is conducted Monday, Tuesday, Thursday and Friday during the breakfast move.

Therefore, based on the above information, your Request for Administrative Remedy is for informational purposes only. If you are dissatisfied with this response, you may appeal to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA 95219. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____          _____
Andre Matevousian, Warden              Date   12-7-17

RECEIPT - ADMINISTRATIVE REMEDY

DATE: DECEMBER 6, 2017

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ATWATER USP

TO  : JORDAN HUFF, 63504-097
      ATWATER USP    UNT: 4B    QTR: D48-217U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID        : 923124-F1
DATE RECEIVED    : NOVEMBER 29, 2017
RESPONSE DUE     : DECEMBER 19, 2017
SUBJECT 1        : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2        :

```
VIPF9          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-17-2019
PAGE 002 OF 002 *              SANITIZED FORMAT              *      15:09:57
```

| REMEDY-ID | SUBJ1/SUBJ2 | --------------------ABSTRACT----------------------- | | | |
|-----------|-------------|---------------------------------|----------|--------|-------------|
|           | RCV-OFC     | RCV-FACL | DATE-RCV | STATUS | STATUS-DATE |
| 923124-F1 | 26AM/       | TREATMENT FOR BLOODY SORES ON HEAD | | | |
|           | ATW         | ATW | 11-29-2017 | CLO | 12-07-2017 |
| 954992-F1 | 26EM/26AM   | SCALP CONDITION -TREATMENT OR SEE SPECIALIST | | | |
|           | ATW         | ATW | 09-27-2018 | CLO | 11-19-2018 |
| 923124-R1 | 26AM/       | TREATMENT FOR BLOODY SORES ON HEAD | | | |
|           | WXR         | ATW | 12-03-2018 | REJ | 12-03-2018 |

```
                    3 REMEDY SUBMISSION(S) SELECTED
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```