UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN HUFF,<br><br>            Plaintiff,<br><br>      v.<br><br>THOMAS MOORE, ET. AL.,<br><br>            Defendants. | Case No.  1:19-cv-01248-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF COUNSEL AND POSTPONEMENT OF CASE<br><br>(Doc. No.  41) |

Pending before the Court is Plaintiff's motion to appoint counsel filed on January 19, 2023.  (Doc. No. 41).  Plaintiff Jordan Huff, a federal prisoner, initiated this action proceeding pro se by filing a civil right complaint.  (Doc. No. 1).  Plaintiff seeks appointment of counsel because he is in the hospital with a broken leg and does not have access to his legal materials.  (Doc. No. 41).  In the alternative, Plaintiff asks "for a postponement" of this action until he has access to his legal materials.  (*Id.*).

On October 28, 2022, the Court denied Plaintiff's previous motion for appointment of counsel noting that he did not demonstrate exceptional circumstances to qualify for appointment of counsel.  (*See* Doc. No. 33).  The Court does not find Plaintiff's current temporary hospitalization constitutes exceptional circumstances for the Court to reconsider its previous order.  Thus, for the reasons set forth in the Court's October 28, 2022 Order (Doc. No. 33), the Court denies Plaintiff's renewed motion for appointment of counsel.

Plaintiff currently is not under any court ordered deadlines in this matter. Defendants' pre-answer motion for summary judgment is due to be filed no later than January 31, 2023. (*See* Doc. No. 31). Should Plaintiff require additional time to respond to Defendants' anticipated motion for summary after it is filed, he may move for an extension of time, as appropriate.

Accordingly, it is **ORDERED**:

Plaintiff's motion for appointment of counsel or for postponement of this case (Doc. No. 41) is DENIED.

Dated:   January 20, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE