UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN HUFF,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS MOORE, ET AL.,<br><br>  Defendants. | Case No. 1:19-cv-01248-HBK<br><br>ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. No. 44)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 45) |

Pending before the Court is Plaintiff's Motion to Appoint Counsel, filed March 17, 2023. (Doc. No. 44). Also pending is Plaintiff's Motion for Extension of Time, filed March 22, 2023. (Doc. No. 45). Plaintiff Jordan Huff, a federal prisoner, initiated this action by filing a pro se civil rights complaint. (Doc. No. 1). For the reasons set forth below, the undersigned denies Plaintiff's Motion for Appointment of Counsel and grants Plaintiff's Motion for Extension of Time.

1. Motion for Appointment of Counsel

On October 28, 2022 and January 23, 2023, the Court denied Plaintiff's previous motions for appointment of counsel noting that he did not demonstrate exceptional circumstances to qualify for appointment of counsel. (*See* Doc. Nos. 33, 42). The Court does not find Plaintiff's

periodic hospitalization constitutes exceptional circumstances for the Court to reconsider its previous orders.  Thus, for the reasons set forth in the Court's January 23, 2023 Order (Doc. No. 42), the Court denies Plaintiff's renewed motion for appointment of counsel.

2. Motion for Extension of Time

On March 24, 2023, Plaintiff moved for additional time to file a response to Defendants' Motion for Summary Judgment ("MSJ"), which was filed on January 31, 2023.  (Doc. No. 43). Plaintiff seeks additional time because he was in the hospital until recently and did not receive his mail containing a copy of Defendants' MSJ until he returned.  (Doc. No. 45 at 1).  Plaintiff also cites his limited access to the law library and possible need to be readmitted to the hospital, which will delay his ability to file a response to the MSJ.  (*Id*. at 1-2).  Although the 21-day deadline for responding to Defendants' MSJ has elapsed (*See* E.D. Cal. R. 260(b)), the Court may grant an extension of time for good cause upon a motion and showing of excusable neglect as to the untimeliness of the request.  Fed. R. Civ. P. 6(b)(1)(B).  The Court is sympathetic to the health challenges Plaintiff describes and finds that his hospitalization and late notice as to Defendants' MSJ constitute excusable neglect justifying his late motion.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Appointment of Counsel (Doc. No. 44) is DENIED.

2. Plaintiff's Motion for Extension of Time (Doc. No. 45) is GRANTED to the extent that Plaintiff must deliver his response to Defendants' Motion for Summary Judgment to prison officials for mailing to the court **no later than May 8, 2023**.

Dated:  March 23, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE